**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

In the Interest of Myren F., a Juvenile Under the Age of Seventeen, Appellant.

Appellate Case No. 2013-002312

———————

Appeal From Beaufort County
Deborah A. Malphrus, Family Court Judge

———————

Unpublished Opinion No. 2015-UP-022
Submitted November 1, 2014 – Filed January 14, 2015

———————

**VACATED**

———————

James Arthur Brown, Jr., of The Law Offices of Jim Brown, P.A., of Beaufort, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Deputy Attorney General David A. Spencer, both of Columbia; and Solicitor Isaac McDuffie Stone, III, of Bluffton, for Respondent.

———————

**PER CURIAM:** Because the family court was without jurisdiction to consider Myren F.'s motion, we vacate pursuant to Rule 220(b), SCACR, and the following authorities: Rule 2(b), SCRFC ("In addition to the rules set forth in Sections I, II, and IV of these Rules of Family Court, Rules 5, 6, 24, and 29, South Carolina Rules of Criminal Procedure, shall be applicable in juvenile actions."); Rule 29(a),

SCRCrimP ("Except for motions for new trials based on after-discovered evidence, post-trial motions shall be made within ten (10) days after the imposition of the sentence."); *State v. Campbell*, 376 S.C. 212, 216, 656 S.E.2d 371, 373 (2008) ("[I]f [a post-trial] motion is not made within ten days of sentencing, the court will be without jurisdiction to entertain the motion.").

**VACATED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.